UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE PERKINS,<br><br>            Petitioner,<br><br>    v.<br><br>JOSHUA PRUDHEL,<br><br>            Respondent. | No. 2:25-cv-00947-DC-DMC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 11, 13) |

Petitioner Dante Perkins is a state prisoner proceeding *pro se* and *in forma pauperis* on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 19, 2025, Respondent filed a motion to dismiss Petitioner's federal habeas petition. (Doc. No. 11.) Petitioner did not file an opposition to Respondent's motion to dismiss. On December 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that Respondent's motion to dismiss be granted. (Doc. No. 13.) Specifically, the magistrate judge found Petitioner's claims arise from state law and are not cognizable. (*Id*. at 3. The findings and recommendations were served on Petitioner and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) On December 31, 2025, Petitioner filed objections to the findings and recommendations. (Doc. No. 17.) The

1

court reviewed Petitioner's objections and finds they do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 11) are ADOPTED in full;

2. Respondents' motion to dismiss (Doc. No. 13) is GRANTED;

3. The petition for writ of habeas corpus (Doc. No. 1) is dismissed;

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *See* 28 U.S.C. § 2253(c)(2); and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 30, 2026**

Dena Coggins
United States District Judge

2